DOLLY M. TROMPETER, ESQ.
CA Bar ID No. 235784
Peña & Bromberg, PLC
2440 Tulare St., Suite 320
Fresno, CA  93721
Telephone: 415-271-8604
Fax: 866-282-6709
dolly@dollydisabilitylaw.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REINALDO GARCIA,<br><br>    Plaintiff,<br><br>    vs.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.  1:22-cv-01205-EPG<br><br>STIPULATION AND ORDER FOR EXTENSION OF TIME<br><br>(ECF No. 17) |

   IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 16-day extension of time, from May 8, 2023 to May 24, 2023, for Plaintiff to serve on defendant with PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT.  All other dates in the Court's Scheduling Order shall be extended accordingly.

   This is Plaintiff's third request for an extension of time.  Plaintiff Counsel has recently returned from a leave of absence and respectfully states that the requested extension is necessary due several merit briefs being due on the same week. For the weeks of May 8, 2023 and May 15, 2023, Counsel has 10 merit briefs due. Additionally, Counsel will be attending the NOSSCR's

1

1  Annual Conference out of state in Washington D.C on May 3, 2023 to May 6, 2023, and requires
2  additional time to brief the issues thoroughly for the Court's consideration. Defendant does not
3  oppose the requested extension.  Counsel apologizes to the Defendant and Court for any
4  inconvenience this may cause.

Respectfully submitted,

Dated: May 2, 2023         PENA & BROMBERG, ATTORNEYS AT LAW

By: */s/ Dolly M. Trompeter*
DOLLY M. TROMPETER
Attorneys for Plaintiff

Dated: May 2, 2023         PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE
Associate General Counsel
Office of Program Litigation
Social Security Administration

By:  **/s/ Caspar I. Chan*
Caspar I. Chan
Special Assistant United States Attorney
Attorneys for Defendant
(*As authorized by email on May 2, 2023)

**ORDER**

Based on the above stipulation (ECF No. 17), IT IS ORDERED that Plaintiff shall file Plaintiff's motion for summary judgment by no later than May 24, 2023. All other deadlines in the Court's scheduling order are extended accordingly.

IT IS SO ORDERED.

Dated:     **May 3, 2023**                                    /s/ *Erica P. Grosjean*
                                                              UNITED STATES MAGISTRATE JUDGE