## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

                                         **JUDGMENT IN A CIVIL CASE**

**REINALDO GARCIA,**

                                         CASE NO: **1:22–CV–01205–EPG**

        v.

**COMMISSIONER OF SOCIAL SECURITY,**

_____

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

IT IS ORDERED AND ADJUDGED

    **THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 11/22/2023**

                                             **Keith Holland**
                                             Clerk of Court

ENTERED: **November 22, 2023**

                                    by: /s/ O. Rivera_____
                                              Deputy Clerk